**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JESUS GONZALEZ, *an individual*,

      Plaintiff,                           CASE NO.: 1:24-cv-20189-RS

vs.

M2 MIAMI AIRPORT BLUE LAGOON
TENANT, LLC d/b/a HILTON MIAMI
AIRPORT BLUE LAGOON, a Delaware
Corporation,

      Defendant.

_____/

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff, JESUS GONZALEZ, hereby notifies this Court that a settlement in principle has

been reached in this case. The parties are in the process of reducing the terms of their agreement

to a written settlement agreement and request a period of twenty (20) days to submit the appropriate

dismissal paperwork.

                               Respectfully Submitted,

                               **LAW OFFICES OF NOLAN KLEIN**
                               *Attorneys for Plaintiff*
                               5550 Glades Road, Suite 500
                               Boca Raton, FL 33431
                               PH: (954) 745-0588

                               By:   */s/ Nolan Klein*
                               NOLAN KLEIN, ESQ.
                               Florida Bar No. 647977
                               klein@nklegal.com
                               amy@nklegal.com

                                    and

**ENTIN LAW GROUP, P.A.**
*Co-counsel for Plaintiff*
1213 S.E. 3rd Avenue
Fort Lauderdale, FL 33316
Tel: (954) 761-7201

By:  */s/ Joshua M. Entin*
JOSHUA M. ENTIN, ESQ.
Florida Bar No. 493724
josh@entinlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk

of the Court using CM/ECF, this **5th**  day of **August**, 2024.

By:  */s/ Joshua M. Entin*
Joshua M. Entin, ESQ.

## SERVICE LIST:

**TINA C. WILLS, ESQUIRE**
SMITH, GAMBRELL & RUSSELL, LLP
Illinois Bar No. 6302044
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606
Tel: (312) 360-6467
Email: twills@sgrlaw.com
*Admitted Pro Hac Vice*
*Attorneys for Defendant*