**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-20189-CIV-SMITH**

JESUS GONZALEZ,

      Plaintiff,

v.

M2 MIAMI AIRPORT
BLUE LAGOON TENANT, LLC,

      Defendant.

_____/

## NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

      This matter is before the Court on Plaintiff's Notice of Settlement [DE 22], indicating that this matter has been settled.  Upon consideration, it is hereby

      **ORDERED** that:

      (1) The parties shall file a Joint Stipulation of Dismissal on or before **September 6, 2024**.

      Failure to comply with this Order may result in the final dismissal of this case.

      (2) This case is **CLOSED**.

      **DONE and ORDERED** in Fort Lauderdale, Florida, this 6th day of August, 2024.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record