**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:24-cv-20189-RS

JESUS GONZALEZ, *an individual*,

       Plaintiff,

vs.

M2 MIAMI AIRPORT BLUE LAGOON
TENANT, LLC d/b/a HILTON MIAMI
AIRPORT BLUE LAGOON,  a Delaware
Corporation,

       Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JESUS GONZALEZ and Defendant, M2 MIAMI AIRPORT BLUE LAGOON

TENANT, LLC, (hereafter, "the Parties"), by and through their undersigned attorneys, and

pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a

dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and

expenses other than those specified in a Confidential Settlement Agreement.

Respectfully submitted,

By: /s/ *Joshua M. Entin*
Joshua M. Entin, Esq.
Florida Bar No. 493724
Entin Law Group, P.A.
1213 S.E. Third Avenue
Ft. Lauderdale, FL 33316
Telephone: (954) 761-7201
Email: josh@entinlaw.com
***Attorney for Plaintiff***

By: */s/ Nolan Klein*
Nolan Klein, Esquire
Florida Bar No. 647977

Law Offices of Nolan Klein, P.A.
1213 S.E. Third Avenue
Ft. Lauderdale, FL 33316
Telephone: (954) 745-0588
Email: klein@nklegal.com
***Attorney for Plaintiff***


By: */s/ Tina C. Wills*
Tina C. Wills, Esquire
Smith Gambrell Russell
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 360-6467
Email: twills@sgrlaw.com
***Attorney for Defendant***
***Admitted Pro Hac Vice***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 12, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Joshua M. Entin*
Joshua M. Entin, Esq.