UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20189-CIV-SMITH

JESUS GONZALEZ,

    Plaintiff,

v.

M2 MIAMI AIRPORT BLUE LAGOON TENANT, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE 25]. Upon consideration, it is

**ORDERED** that:

1. Plaintiff's claims against Defendant are **DISMISSED with prejudice**.

2. Each party shall bear their own attorneys' fees and costs.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 13th day of September, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record